UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIGHTHOUSE NETWORKS, LLC.,<br><br>　　　　　Defendant. | Case No.: 1:15-cv-01538 --- JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

　　　　On October 8, 2015, Plaintiffs filed the instant action. (Doc. 1) The next day, the Court issued the summonses (Doc. 2) and its order setting the mandatory scheduling conference to occur on January 22, 2016. (Doc. 3) Nevertheless, by January 8, 2016, Plaintiff has not filed proof of service. Thus the Court ordered Plaintiff to show cause why this had not occurred. (Doc. 4)

　　　　On January 15, 2016, Plaintiff filed the proof of service (Doc.5) and also has explained that it was not filed earlier due to inadvertence. (Doc. 7 at 1-2) Likewise, Plaintiff notified the Court that the parties had settled the matter. (Doc. 6) Therefore, the Court **ORDERS**,

　　　　1.　　The order to show cause is **DISCHARGED**;

　　　　2.　　The stipulated request for dismissal **SHALL** be filed no later than **March 25, 2016;**

　　　　3.　　All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

　　　　**<u>Failure to comply with this order may result in the imposition of sanctions, including the</u>**

1

**dismissal of the action.**

IT IS SO ORDERED.

Dated: **January 25, 2016**         /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE