UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL DYER,<br><br>          Plaintiff,<br><br>     v.<br><br>BRIGHTHOUSE NETWORKS, LLC.,<br><br>          Defendant. | Case No.: 1:15-cv-01538 --- JLT<br><br>ORDER CLOSING CASE |

On March 9, 2016, Plaintiff filed a notice of voluntary dismissal of the entire action. (Doc. 9) The notice relies upon Fed.R.Civ.P. 41 which permits the plaintiff to dismiss the action without the Court's intervention upon "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for the dismissal.  Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

No other party has appeared in this action. Thus, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **March 10, 2016**                             **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE